COPY

FILED
2009 MAY 20 PM 1:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1  HANSON BRIDGETT LLP
   DOROTHY S. LIU - 196369
2  dliu@hansonbridgett.com
   LISA M. POOLEY - 168737
3  lpooley@hansonbridgett.com
   SAMANTHA D. TAMA - 240280
4  stama@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA 94105
   Telephone:  (415) 777-3200
6  Facsimile:  (415) 541-9366

7  Attorneys for Defendant
   CEMEX, INC. and CEMEX CONSTRUCTION
8  MATERIALS PACIFIC, LLC

9

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

(FAXED)   SVW (CTx)

| | |
|---|---|
| RUBIN LOPEZ, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CEMEX, INC., a Corporation; RMC PACIFIC MATERIALS, INC., a Corporation; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC and DOES 1 through 60, inclusive,<br><br>Defendants. | Case No. **CV09-3592**<br><br>**DECLARATION OF MATTHEW DAYLEY IN SUPPORT OF REMOVAL**<br><br>28 U.S.C. §§ 1253, 1332(d)<br>**(Class Action Fairness Act of 2005)**<br><br>(Los Angeles County Superior Court Case No. BC411793) |

I, Matthew Dayley, hereby declare that I have personal knowledge of the facts set forth herein and, if called upon to testify, I would truthfully and competently testify to the following:

1. I serve as Director of Human Resources for Southern California for CEMEX (hereinafter "CEMEX" or the "Company"), and I have held this position since September 2005. I am knowledgeable about the Company's compensation and payroll matters and have access to documents and electronic data which contain our employment and payroll information. My responsibilities include enforcing the employment policies covering the hourly employees at the Company's Southern California aggregates quarries.

2. At the five different aggregates quarry locations in Southern California, CEMEX's operating entities employ hourly employees in a variety of positions, including laborers, equipment operators, weighmasters, and mechanics. The locations are as follows: Azusa Quarry, Corona Quarry, Lytle Creek Quarry, Moorpark Quarry, and Redlands Orange Quarry.

3. A review of CEMEX's employment records for Southern California indicates that CEMEX's operating entities have employed approximately 191 hourly employees at the aggregate quarry locations since April 14, 2005, with an average of 117 active employees for each year since then until April 2009.

4. Ruben Lopez was employed by CEMEX or its predecessor from June 25, 1975 until his retirement on February 1, 2008. From at least as early as 2000 until his retirement, Mr. Lopez worked at the Azusa Aggregates Quarry. His position at the time of his retirement was equipment operator.

5. In Southern California, the wage rate for an hourly aggregates quarry employee increases gradually as the employee continues to work for the Company, pursuant to a set salary matrix. Over 85 percent of the hourly employees at our aggregate quarries have been or were employed by CEMEX's operating entities for more than one year. A review of the CEMEX payroll records for Southern California indicates the following range of wage rates for hourly employees with one year of employment with CEMEX's operating entities:

| Year | Range |
|------|-------|
| 2005 | $13.10 - $26.10 |
| 2006 | $13.55 - $27.00 |
| 2007 | $13.80 - $27.55 |
| 2008 | $14.15 - $28.30 |

6. CEMEX Construction Materials Pacific, LLC is incorporated in Delaware. Its principal place of business is in El Dorado Hills, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19 day of May, 2009, at Ontario, California.

_____
MATTHEW DAYLEY

DECL. OF MATTHEW DAYLEY IN SUPPORT OF REMOVAL
CASE NO.

1915124.1