O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3592 AHM (AGRx) | Date | February 2, 2011 |
|---|---|---|---|
| Title | RUBEN LOPEZ *et al.* v. CEMEX, INC. *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Plaintiffs are current and former employees of Defendant Cemex Construction Materials Pacific, LLC ("Cemex"), one of California's largest aggregate[1] suppliers.

Plaintiffs allege they were deprived of legally mandated rest periods, and compensation for missed rest periods, over a period of approximately three years, and have moved for the certification of a class.

A key issue in the pending Motion for Class Certification,[2] which is under submission, is whether common issues of fact or law predominate under Federal Rule of Civil Procedure 23(b). The record shows an apparent conflict in the evidence about the practices of Cemex concerning meal breaks and rest periods.

In *Brinker Restaurant Corp. v. Superior Court*, 165 Cal. App. 4th 25 (2008), *review granted* Oct. 22, 2008, the California Supreme Court is expected to answer the question of whether employers must ensure their employees take meal breaks under the applicable statutory and regulatory scheme. The California Supreme Court has also granted review in *Brinkley v. Public Storage, Inc.*,[3] 167 Cal. App. 4th 1278 (2008),

---

[1]Aggregate is construction material "composed of mineral crystals of one or more kinds of mineral rock fragments." Merriam-Webster's Dictionary (2010).

[2]Dkt. 78.

[3]The court in *Brinkley* affirmed the trial court's order granting defendant's summary adjudication regarding plaintiff's Cal. Labor Code. § 226.7 cause of action, and

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3592 AHM (AGRx) | Date | February 2, 2011 |
|---|---|---|---|
| Title | RUBEN LOPEZ *et al.* v. CEMEX, INC. *et al.* | | |

*review granted* Jan. 1, 2009*;* and *Faulkinbury v. Boyd & Assocs.*,[4] 185 Cal. App. 4th 1363 (2010), *review granted* Oct. 13, 2010, pending the disposition of *Brinker*. The resolution of both these cases could affect whether class actions should be certified for a claimed denial of meal and rest periods. Moreover, it would not be surprising if the Supreme Court's rulings in *Brinker*, *Brinkley,* and *Faulkinbury*, provide this Court with general guidance on other issues concerning Cal. Labor Code § 226.7 meal and rest breaks.

  Accordingly, the Parties are hereby ORDERED TO SHOW CAUSE by not later than February 10, 2011, as to why this case should not be stayed pending the California Supreme Court's rulings in *Brinker, Brinkley*, *and Faulkinbury.*

                            : 

Initials of Preparer      SMO

---

finding that "California law . . . only requires that employers make available such [meal and rest] periods, which defendant did here." *Brinkley*, 167 Cal. App. 4th at 876.

  [4]The California Court of Appeal in *Faulkinbury* affirmed the denial of the certification of a meal break class and a rest break class due to insufficient evidence of a class-wide denial of break and meal periods. *Faulkinbury*, 185 Cal. App. 4th at 1383-88.