# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03592 AHM (AGRx) | Date | June 13, 2011 |
|---|---|---|---|
| Title | RUBEN LOPEZ *et al.* v. CEMEX, INC. *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    Following the Minutes of the Motion Hearing, Dkt. 120, the Court hereby ORDERS the parties to submit their revised, redlined Settlement Agreement, Class Notice, and Claim Form by not later than June 23, 2011.

  :  

Initials of Preparer    SMO